Date: 07/26/11

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-16156 - HUDSON, JAMES G.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC** | **000002** | **98.05** | **4.81** |
| **MS 550** | | | |
| **PO Box 91121** | | | |
| **Seattle, WA 98111-9221** | | | |
| | | | |
| ---------- Remittance Total -------------- | | 98.05 | 4.81 |

*[signature]*

SUSAN MANCHESTER, Trustee